IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Kecia O'Connor,

        Plaintiff

vs.                                    Case No. 1:10-cv-00269-WPL-LFG

Sessoms & Rogers, PA and Global Acceptance Credit Corporation,

        Defendants

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of New Mexico, Plaintiff's Notice of Dismissal of Case Without Prejudice with all matters in controversy for which said action was brought having been adjourned.

Respectfully Submitted,

s/Larry Leshin
Larry Leshin
Weisberg & Meyers, LLC
1216 Indiana St. NE
Albuquerque, NM 87110
866 775 3666
866 565 1327 facsimile
Attorney for Plaintiff

Filed electronically on this 7th day of May, 2010, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 7th day of May, 2010 to:

Ms. Dauna Bartley
Ellis & Winters LLP
P.O. Box 33550
Raleigh NC 27636


By: <u>s/Kimberly Larson</u>
Kimberly Larson